1  ERVEN T. NELSON
   Nevada Bar No. 2332
2  LAW OFFICE OF ERVEN T. NELSON
   900 Las Vegas Boulevard South, Suite 802
3  Las Vegas, NV 89101
   Cell (702) 498-9111
4  ervnelson6@gmail.com
   *Attorneys for Defendants/Third-Party Plaintiffs*
5  *Eric Christensen and Elmina Ann Christensen*

6

7  **UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA, SOUTHERN DIVISION**

8

9  CHRISTENSEN LAW OFFICES, LLC,                        Case No.: 2:21-cv-00424-
10                         Plaintiff,                    JCM-bnw
11  vs.

12  ERIC CHRISTENSEN and ELMINA ANN
    CHRISTENSEN and DOES I-V and ROE
13  CORPORATIONS I-V, inclusive,

14                         Defendants.

15  ─────────────────────────────────

16  ERIC CHRISTENSEN and ELMINA ANN
    CHRISTENSEN,
17
                           Third-Party Plaintiffs,
18
    vs.
19
20  GOVERNMENT EMPLOYEES INSURANCE
    COMPANY, a foreign corporation, WINNER &
21  SHERROD, LTD. f/k/a ATKIN WINNER &
    SHERROD, LTD., a Nevada limited-liability company,
22  BRUCE W. KELLEY, an individual, ROE
    INSURANCE COMPANIES I-V, and DOES 1-V,
23  inclusive,

24                         Third-Party Defendants.

25

26                                1 of 3

27

### STIPULATION TO EXTEND TIME TO FILE RESPONSE (FIRST REQUEST)

IT IS HEREBY STIPULATED between Defendants/Third Party Plaintiffs Eric Christensen and Elmina Christensen (collectively, the "Christensens") and Third-Party Defendant Government Employees Insurance Company ("Geico"), by and through their respective counsel of record below, that the time for filing of the Christensens' Response to Geico's Motion to Dismiss and to Dismiss or Sever and Remand Non-Diverse Claims [filed March 22, 2021, as ECF No. 7] shall be extended for four (4) days until April 9, 2021. The reason for the extension is that counsel for the Christensens will be out of the office for a family vacation. This is the first request to extend time related to this pending Motion. The Motion has not been scheduled for hearing. The parties hereto agree that the Christensens' response will now be filed on

///
///
///
///
///
///
///

or before April 9, 2021.

| | |
|---|---|
| Date: April __1_, 2021<br>McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP<br><br>__/s/ Wade M. Hansard_____<br>Wade M. Hansard, Esq.<br>8337 W. Sunset Road, Suite 350<br>Las Vegas, NV 89113<br>T: 702-949-1100<br>Wade.hansard@mccormickbarstow.com<br>*Attorneys for Third-Party Defendant GEICO* | Date: April __1_, 2021<br>LAW OFFICE OF ERVEN T. NELSON<br><br>__/s /Erven T. Nelson_____<br>Erven T. Nelson, Esq.<br>900 Las Vegas Blvd. South, Suite 802<br>Las Vegas, NV 89101<br>T: 702-498-9111<br>ervnelson6@gmail.com<br>*Attorneys for Defendants/Third-Party Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 2, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2021, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO FILE RESPONSE (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

LAW OFFICE OF ERVEN T. NELSON

*/s/ Erven T. Nelson*
Erven T. Nelson