ERVEN T. NELSON, ESQ.
NEVADA BAR #2332
900 Las Vegas Blvd. South, Suite 802
Las Vegas, NV 89101
T: 702-498-9111
ervnelson6@gmail.com
Attorneys for Third-Party Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTENSEN LAW OFFICES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC CHRISTENSEN and ELMINA ANN CHRISTENSEN and DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br>        Defendants, | **CASE NO: 2:21-cv-00424-JCM-BNW** |
| ERIC CHRISTENSEN and ELMINA ANN CHRISTENSEN,<br>        Third Party Plaintiffs,<br><br>vs.<br><br>GEICO, GOVERNMENT EMPLOYEES INSURANCE COMPANY, a foreign corporation, WINNER & SHERROD, LTD. f/ka/ ATKIN WINNER & SHERROD, LTD, a Nevada limited-liability company, BRUCE W. KELLEY, an individual, ROE Insurance Companies I through V, and DOES I-V, inclusive,<br>        Third Party Defendants. | |

### STIPULATION TO EXTEND TIME TO FILE RESPONSE
### (FIRST REQUEST)

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of Plaintiff's and Third-Party Plaintiffs' Responses to Defendant's Motion to Dismiss Third-Party Complaint as to Winner & Sherrod, LTD., and Bruce

Kelley, Only (filed March 16, 2021, as Document #5), shall be extended by fourteen (14) days. The reason for the extension is that the Plaintiff and the Third-Party Plaintiffs each intend to file a Motion for Remand as they do not agree that the Court has jurisdiction to hear this instant Motion. This is the first request to extend time related to this pending Motion. The Motion has not been scheduled for hearing, although a hearing has been requested. The parties hereto agree that Plaintiff's and Third Party Plaintiffs' responses will now be filed on or before April 13, 2021.

Date: March 30, 2021
CHRISTENSEN LAW OFFICES

/s/ Thomas F. Christensen
THOMAS F. CHRISTENSEN, ESQ.
NV Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T: 702-870-1000
courtnotices@injuryhelpnow.com
Attorneys for Plaintiff

Date: March 30, 2021
ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

/s/ Stephen H. Rogers
STEPHEN H. ROGERS, ESQ.
700 S. Third Street
Las Vegas, NV 89101
T: 702-383-3400
srogers@rmcmlaw.com
Attorney for Third-Party Defendants
WINNER & SHERROD, LTD. f/ka/ ATKIN WINNER & SHERROD, LTD. and
BRUCE W. KELLEY

Date: March 30, 2021
LAW OFFICE OF ERVEN T. NELSON

/s/ Erven T. Nelson
ERVEN T. NELSON, ESQ.
NV Bar No. 2332
900 Las Vegas Blvd. South, Suite 802
Las Vegas, NV 89101
T: 702-498-9111
ervnelson6@gmail.com
Attorneys for Third-Party Plaintiffs

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 7, 2021